**CERTIFIED COPY**

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted April 25, 2005
Decided May 10, 2005

FILED
MAY 12 2005
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

Before

Hon. JOHN L. COFFEY, *Circuit Judge*

Hon. FRANK H. EASTERBROOK, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

| | |
|---|---|
| IN RE:<br>　CUBA E. HOPSON,<br>　　Petitioner.<br><br>No. 05-2086 | ] Petition for<br>] Writ of Mandamus<br>] Southern District of<br>] Illinois.<br>]<br>] No. 04 C 604<br>]<br>] J. Phil Gilbert,<br>]　　Judge. |

　　Upon consideration of the PETITIONER'S MOTION MANDAMUS WITH SUPPORTING LAW AND ACTUAL FACTS IN SUPPORT OF PETITIONER'S WRIT OF HABEAS CORPUS FOR RELEASE FROM CUSTODY WITHOUT PREJUDICE OR IMMEDIATE RELEASE OF PETITIONER WITH HIS OWN RECOGNIZANCE, filed on April 20, 2005, by the pro se petitioner,

　　IT IS ORDERED that the petition is DENIED.

A True Copy:
Teste:
[signature] Christy DuftHudlis
Clerk of the United States
Court of Appeals for the
Seventh Circuit.