CERTIFIED COPY

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted June 6, 2005
Decided June 13, 2005

*Before*

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

| | |
|---|---|
| IN RE: <br>     CUBA E. HOPSON, <br>         Petitioner. <br><br> No. 05-2619 | ] Petition for Writ of <br> ] Mandamus. <br> ] Southern District of <br> ] Illinois. <br> ] <br> ] No. 04 C 604 <br> ] <br> ] J. Phil Gilbert, <br> ]     Judge. |

    Upon consideration of the PETITIONER'S MOTION A MANDAMUS REQUESTING AND/OR COMMANDING THE APPEALS COURT TO COMPEL THE LOWER COURT TO PERFORM ITS DUTY MANDATORY AND RENDER A JUDGMENT IN THIS CASE, filed on June 3, 2005, by the pro se petitioner,

    IT IS ORDERED that the petition is DENIED.

A True Copy:
Teste:

_____
Clerk, United States
Court of Appeals for the
Seventh Circuit.