UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CUBA EUGENE HOPSON,                    )
                                       )
                Petitioner,            )
                                       )
vs.                                    )            CIVIL NO. 04-604-JPG
                                       )
RANDY DAVIS,                           )
                                       )
                                       )
                Respondent.            )

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Cuba Eugene Hopson's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is denied, that judgment is entered in favor of respondent Randy Davis,and against petitioner Cuba Eugene Hopson, and that this case is dismissed with prejudice.

**DATED:  February 3, 2006**              **NORBERT JAWORSKI**

                                          **By:/s/Deborah Agans, Deputy Clerk**

**Approved:**      s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**